**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SHEYEL HIGHSMITH-HARRIS, | : | Bankruptcy No. 05-19639DWS |
| | : | |
| Debtor. | : | |

# <u>ORDER</u>

**AND NOW**, this 19th day of July 2005, a voluntary petition under Chapter 11 of the Bankruptcy Code having been filed on July 14, 2005 by Sheyel Highsmith-Harris ("S. Highsmith");

**And** this being the second bankruptcy case filed by S. Highsmith;[1]

**And** this petition being accompanied by a "Declaration Under Penalty of Perjury on Behalf of a Corporation or Other Partnership" which is submitted in the name of Eva-Mae: Highsmith, We the People All Rights Reserved: Eva-Mae:Highsmith;

**And** accompanying the petition was an application to pay the filing fees in installments ("Filing Fee Application") purportedly signed by the Debtor but noting under signature of attorney the name Eva-Mae- Highsmith ("E.Highsmith) as attorney in fact;[2]

---

[1] The first, also Chapter 11 case, was filed on November 8, 2004 and dismissed on December 10, 2004 for failure to file the required documents. Nor was any filing fee ever paid.

[2] No monies were paid with the petition; the first of four monthly installments is proposed to be paid on August 15, 2005.

**And** it appearing that the signatures of S. Highsmith and E. Highsmith are in the same hand;

**And** this Court having entered an Order in the case of E. Highsmith on March 1, 2004 dismissing her case number 04-11578 and barring E. Highsmith and her co-debtor Winifred N. Highsmith from filing a further petition without leave of court for the reason stated in that Order;

**And** this Court having entered an Order on June 16, 2004 in the case of Florence E. Mason ("Mason") dismissing her case number 04-17956 upon finding that she filed the petition on behalf of the Highsmiths who were barred from filing;

**And** it appearing that E. Highsmith or Mason may be using the vehicle of this bankruptcy filing to evade the Court's bar order;

It is hereby **ORDERED** that S. Highsmith shall appear on **August 1, 2005 at 9:30 a.m.** in the Robert N.C. Nix, Sr. Federal Courthouse, 2nd floor, 900 Market Street, Courtroom #3, Philadelphia, PA to show cause why this bankruptcy case should not be dismissed with prejudice as having been improperly commenced;[3]

**And** it is **also ORDERED** that pending the scheduled hearing, S. Highsmith shall file the documents required by Rule 1007 which are due on July 19, 2005 and shall pay the

---

[3] S. Highsmith may appear pro se or with an attorney who is a member of the bar of this Court. She may not be represented by a lay person.

In re Bankruptcy No. 05-19639DWS

initial installment of the fee, i.e., $209.75 by **August 1, 2005**, the date of the hearing;[4]

**And** it is **further ORDERED** that if S. Highsmith fails to appear, this case will be dismissed with a bar against filing of any subsequent bankruptcy case without leave of this Court;

**And** it is **further ORDERED** that the Filing Fee Application is **DENIED**.

                                        DIANE WEISS SIGMUND
                                        Chief U.S. Bankruptcy Judge

Copies to:

Sheyel Highsmith-Harris
1227 Rugby Street
Philadelphia, PA  19143

Sheyel Highsmith-Harris
6611 North 11th Street
Philadelphia, PA  19143

Dave P. Adams, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

---

[4] Under the circumstances of this case, no filing extensions shall be granted.